IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>        Plaintiff,<br>   v.<br><br>REGIS CORPORATION, d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>        Defendants.<br>_____/ | No. C 13-04497 RS<br><br>**ORDER REQUESTING FURTHER BRIEFING** |

Plaintiff Melissa Fong filed this putative class action in San Francisco Superior Court. Defendant Regis removed, invoking jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"). Fong moves to remand to state court, arguing that removal was improper.

Regis is requested to explain further its projection regarding the putative class members' potential damages under California Labor Code § 226(a). Specifically, Regis is to elucidate how it calculated in its opposition that $6,646,500.00 is in controversy for Fong's wage statement claim. Regis must file its supplemental brief by December 6, 2013. Fong may file a responsive brief no later than December 13, 2013. The briefs must be no longer than five pages each.

At that point, the motion will be submitted without oral argument pursuant to Civil Local Rule 7-1(b).  The hearing scheduled for December 12, 2013 is hereby vacated.

IT IS SO ORDERED.

Dated:  11/26/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE