IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA FONG, | No. C 13-04497 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1–50, inclusive, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 23, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties will seek to engage in private mediation, ideally, before any motion is heard as to class certification.

2. DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable

1 number of requests for production of documents or for inspection per party; and (d) a reasonable
2 number of requests for admission per party.

3     3.    DISCOVERY DISPUTES.

4 Discovery disputes will be referred to a Magistrate Judge. After the parties have met and
5 conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.
6 Up to 12 pages of attachments may be added. The joint letter must be electronically filed under
7 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery
8 Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of
9 how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal
10 briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned,
11 all further discovery matters shall be filed pursuant to that Judge's procedures.

12     6.    MOTION FOR CLASS CERTIFICATION. Any motion for class certification
13 must be filed and served pursuant to Civil Local Rule 7 and shall be heard no later than **March
14 19, 2014**.

15 IT IS SO ORDERED.

17 DATED: January 23, 2014

19     RICHARD SEEBORG
    United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2