UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.:   13-cv-04497-VC<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO CONTINUE THE MAY 23, 2014 CASE MANAGEMENT CONFERENCE<br><br><br><br>Courtroom:   4 –17th Floor<br>Judge:         Hon. Vince Chhabria |

Having read and considered the forgoing stipulation to continue the case management statement currently scheduled for May 23, 2014 at 10:30 a.m., and good cause appearing therefor,

**THE STIPULATION IS APPROVED**, and

The Court continues the case management conference in the above captioned matter to June 6, 2014 at 10:30 a.m. in Courtroom 4 –17th Floor.

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE VINCE CHHABRIA