UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendant in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>Defendant. | No. C 13-04497-VC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF No. 34] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned. Order of Reference, ECF No. 34. The parties shall comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: June 11, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-04497-VC (LB)
NOTICE OF REFERRAL AND ORDER