UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>        Plaintiff,<br><br>  v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.:   13:cv:004497-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br><br><br>Courtroom:  4 – 17th Floor<br>Judge:     Hon. Vince Chhabria |

    Having read and considered the forgoing stipulation, the Court hereby orders that Plaintiff may file the First Amended Complaint provided in the Parties' joint stipulation.

    **IT IS SO ORDERED.**

Dated: July 23, 2014

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE VINCE CHHABRIA