1  GRAHAM**HOLLIS** APC
   Graham S.P. Hollis (SBN 120577)
2  Marta Manus (SBN 260132)
   3555 Fifth Avenue
3  San Diego, California  92103
   Telephone: 619.692.0800
4  Facsimile: 619.692.0822

5  Attorneys for Plaintiff MELISSA FONG

6  SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988)
7  cdacre@seyfarth.com
   Ari Hersher (SBN 260321)
8  ahersher@seyfarth.com
   560 Mission Street, 31st Floor
9  San Francisco, California 94105
   Telephone:  415.397.2823
10 Facsimile:  415.397.8549

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13 MELISSA FONG, individually and on behalf of       Case No.:   13-cv-04497-VC
   similarly situated employees and all aggrieved
14 employees of Defendants in the State of
   California,                                        ~~[PROPOSED]~~ ORDER GRANTING THE
15                                                    PARTIES' JOINT STIPULATION RE
                                                      BELAIRE OPT-OUT NOTICE
16              Plaintiff,

17        v.

18 REGIS CORPORATION d.b.a. MINNESOTA
   REGIS CORPORATION, and DOES 1-50,
19 inclusive,                                         Courtroom:   4 – 17th Floor
                                                      Judge:       Hon. Vince Chhabria
20              Defendant.

21

22

23

24

25

26

27

28

                                             1

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92103

Having read and considered the foregoing stipulation regarding a Belaire Opt-Out Notice to current and former employees who worked at Regis Salons in California from September 3, 2011 to the present;

The Court hereby approves the Parties' proposed Belaire Opt-Out Notice and grants the Parties' Joint Stipulation re mailing the Belaire Opt-Out Notice to putative class members as set forth therein.

**IT IS SO ORDERED.**

Dated: July 29, 2014



_____
UNITED STATES DISTRICT JUDGE
HONORABLE

IT IS SO ORDERED

Judge Vince Chhabria

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92103

[PROPOSED] ORDER GRANTING STIPULATION RE: BELAIRE OPT-OUT NOTICE // Case No.: 13-cv-04497-VC

17585039v.1