UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendant in the State of California,<br><br>           Plaintiff,<br><br>   v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>           Defendant.<br>_____/ | No. C 13-04497-VC (LB)<br><br>**ORDER REGARDING THE PARTIES' JOINT DISCOVERY DISPUTE LETTER DATED SEPTEMBER 17, 2014**<br><br>[Re: ECF No. 42] |

On October 9, 2014, the court held a discovery case management conference on the letter brief at ECF No. 42.[1]  For the reasons stated on the record, the court ruled as follows:

   1. Defendant will disclose the policies for all Regis Corporation entities in California relevant to the claims asserted in the complaint.

   2. Defendant will disclose the contact information requested for all commission-paid stylist employees of Regis Corporation.  Before doing so, the parties must employ a Belaire opt-out notice process like the one described in ECF Nos. 39 and 40.

   3. The court orders Regis Corporation to devise the modest sampling discussed at the hearing to

---

[1] Citations are to the electronic case file with pin cites to the electronically-generated page numbers at the top of the document.

1  give insight into what the pay records show for commission-paid stylists at all Regis Corporation
2  entities in California. This process is geared to provide some insight into the commission and pay
3  reports for those stylists. *See* ECF No. 42 at 8.

4      4. For now, the court does not order a PMK deposition beyond that already noticed for
5  November 20, 2014. After disclosure of the records discussed in Paragraph 3, the utility of PMK
6  depositions by entity should be more apparent.

7      5. The court sets the further CMC discussed on the record for December 4, 2014 at 11:00 a.m.
8  The parties must submit a short, informal case management conference statement by November 26,
9  2014 at noon.

10     6. Any discovery disputes must be raised with the court by the joint letter brief process
11 described in the undersigned's standing order. Paragraph 5 does not change this process. If the
12 parties have a dispute that they want to discuss at the December 4 CMC, they must file the letter by
13 November 26, 2014. The parties may raise disputes earlier, and after reading the letter, the court
14 will contact the parties to arrange an interim CMC.

15 **IT IS SO ORDERED.**

16 Dated: October 9, 2014

                                           LAUREL BEELER
                                           United States Magistrate Judge