UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>        Plaintiff,<br><br>v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>        Defendant. | Case No.:   13-cv-04497-VC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE THE OCTOBER 28, 2014 CASE MANAGEMENT CONFERENCE<br>AS MODIFIED<br><br><br>Courtroom:   4 –17th Floor<br>Judge:           Hon. Vince Chhabria |

Having read and considered the forgoing stipulation to continue the case management statement currently scheduled for October 28, 2014 at 10:00 a.m., and good cause appearing therefor,

**THE STIPULATION IS APPROVED**, and

The Court continues the case management conference in the above captioned matter to December 2 ~~November 25~~, 2014 at 10:00 a.m. in Courtroom 4 –17th Floor.

**IT IS SO ORDERED.**

Dated: October 14, 2014                                     _____
                                                        UNITED STATES
                                                        HONORABLE

*[Court seal: IT IS SO ORDERED AS MODIFIED / Judge Vince Chhabria]*

1
                                                        13-CV-04497-VC
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE OOCTOBER 28, 2014 CASE MANAGEMENT CONFERENCE