UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA FONG,

    Plaintiff,

    v.

REGIS CORPORATION,

    Defendant.

Case No. 13-cv-04497-VC

**ORDER GRANTING IN PART INTERESTED PARTY'S REQUEST RE: NOTICE OF PENDENCY OF OTHER ACTION AND REQUEST FOR COORDINATION**

Re: Dkt. No. 52

Interested Party Casey Brown's request for a continuance is denied. However, the Court does not intend to address Plaintiff Melissa Fong's Notice of Pendency of Other Action and Request for Coordination (Docket No. 43) before the case management conference, which the Court had originally scheduled for October 28, 2014 but which the parties requested be continued, and which is now scheduled for December 2, 2014. If Brown wishes to respond to Fong's Request for Coordination, Brown should file a brief, not exceeding fifteen pages in length, no later than November 24, 2014.

**IT IS SO ORDERED**.

Dated: November 14, 2014

_____

VINCE CHHABRIA
United States District Judge