UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendant in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>Defendant.<br>_____/ | No. C 13-04497-VC (LB)<br><br>**ORDER REGARDING THE PARTIES' NOVEMBER 26, 2014 DISCOVERY DISPUTE LETTER**<br><br>[Re: ECF No. 64] |

The parties filed a joint discovery letter brief. (ECF No. 64.) The court denies it without prejudice to the parties' refiling a letter brief after a meaningful meet-and-confer. The court's standing order contains those procedures. (*See* ECF No. 35-1 at 2.) The idea is that counsel will make their best efforts to talk through each discovery dispute issue by issue. Moreover, the court's discovery procedures require side-by-side discussion of each issue and each party's best proposed compromise. (*See id.* at 2-3.) The letter at ECF No. 64 does not accomplish this.

This disposes of ECF No. 64. Under the circumstances, the court vacates the case management conference set for Thursday, December 4, 2014.

**IT IS SO ORDERED.**

Dated: December 1, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-04497-VC (LB)
ORDER