1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 13:cv:004497-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE COMPLETION DEADLINE AND CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:  4 – 17th Floor<br>Judge:  　　Hon. Vince Chhabria |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Having read and considered the joint stipulation to continue the settlement conference completion deadline and case management conference, and good cause appearing, the Court hereby orders:

1) that the deadline to complete the settlement conference is  March 13 , 2015;

2) that the case management conference be continued to  March 24 , 2015 at  10 :00 a.m.;

3) that the parties are to file a case management statement 7 days prior to the continued case management conference.

**IT IS SO ORDERED.**

Dated: January 15, 2015

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE

IT IS SO ORDERED
Judge Vince Chhabria

2                          Case No.: 13:cv:004497-VC
[Proposed] Order Granting Joint Stipulation to Continue the Settlement Conference Completion Deadline and Case Management Conference