SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Ari Hersher (SBN 260321)
ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA  95814
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendant
REGIS CORPORATION

GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
Marta Manus (SBN 260132)
3555 Fifth Avenue
San Diego, California  92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff MELISSA FONG

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>    Plaintiff,<br><br>    v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 3:13-CV-04497 VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:**  March 24, 2015<br>**Dept.:**  4 –17th Floor<br>**Judge:** Hon. Vince Chhabria |

1

Stipulation and [Proposed] Order to Continue Case Management Conference / Case No.: 3:13-CV-04497 VC

Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between MELISSA FONG ("Plaintiff") and REGIS CORPORATION ("Defendant") (collectively "the Parties"), through their respective undersigned counsel, as follows:

WHEREAS, a Case Management Conference in the above-captioned matter is currently scheduled for March 24, 2015;

WHEREAS, on March 12, 2015, the Parties conducted a Settlement Conference with Judge Elizabeth Laporte;

WHEREAS, the matter did not settle at the March 12, 2015 Settlement Conference, but the Parties and Judge Laporte agreed to conduct a second day of settlement negotiations, to determine if the matter can be resolved without further litigation or expense;

WHEREAS, the Parties have met and conferred, and Judge Laporte has provided her availability, and all Parties agree that July 22, 2015 is the best available date upon which to conduct the continued Settlement Conference;

WHEREAS, in an effort to conserve the economic resources of the Parties, and the judicial resources of the Court, the Parties seek a continuance of the Case Management Conference until after the second Settlement Conference is completed;

WHEREAS, the Parties agree that, should the second Settlement Conference be unsuccessful, the Parties will promptly file a Joint Case Management Conference statement and appear for a Case Management Conference shortly thereafter;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Case Management Conference, currently scheduled for March 24, 2015, be continued until August 4, 2015, or is soon thereafter as the Court is available.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Parties will file a Joint Case Management Conference Statement on July 28, 2015, or no later than seven (7) days prior to the new date set for the Case Management Conference.

IT IS SO STIPULATED.

DATED: March 16, 2015                     SEYFARTH SHAW LLP


By: _____/s/_____
    Catherine Dacre
    Michael Kopp
    Ari Hersher

Attorneys for Defendant
REGIS CORPORATION


DATED: March 16, 2015                     GRAHAMHOLLIS, APC


By: _____/s/_____
    Graham Hollis
    Marta Manus

Attorneys for Plaintiff
MELISSA FONG


Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use her electronic signature on March 16, 2015.

**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

(1) The Case Management Conference is continued until August 4, 2015, or as soon thereafter as a court date is available.

(2) The Parties will file a Joint Case Management Conference Statement on July 28, 2015, or no later than seven (7) days prior to the new date set for the Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  March 17, 2015          _____
                               The Honorable Vince Chhabria
                               Judge of the United States District Court