IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG, | No. 3:13-cv-04497 VC (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| REGIS CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for July 22, 2015 at 9:30 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.

Defendant's General Counsel Eric Bakken shall appear at the settlement conference in person along with any other client representative, if any. The parties must provide the Court updated settlement conference documents no later than July 10, 2015. All other provisions of the Court's January 20, 2015 Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's courtroom deputy at (415) 522-3694 if this case settles prior to the date set for settlement conference.

**IT IS SO ORDERED.**

Dated: March 23, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge