GRAHAM**HOLLIS** APC
Marta Manus (SBN 260132)
mmanus@grahamhollis.com
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
3555 Fifth Avenue
San Diego, California  92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
Ari Hersher (SBN 260321)
ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  415.397.2823
Facsimile:  415.397.8549

Attorneys for Defendant REGIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION d.b.a. MINNESOTA REGIS CORPORATION, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:    13:cv:004497-VC<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER]**<br><br>Courtroom: 4 – 17th Floor<br>Judge:      Hon. Vince Chhabria |

Plaintiff Melissa Fong ("Plaintiff") and Defendant Regis Corporation ("Defendant") (collectively referred herein as "the Parties") hereby submit the following Stipulation and proposed order for the Court's consideration.

**JOINT STIPULATION**

WHEREAS, Plaintiff wishes to amend her First Amended Complaint to amend previous allegations and assert new allegations, class action claims, causes of action, to add Christina L. Salas as an additional Plaintiff, and to add Regis Corp. as an additional Defendant;

WHEREAS, Plaintiff has provided a copy of her proposed Second Amended Complaint to Defendant;

WHEREAS, Defendant has reviewed Plaintiff's proposed Second Amended Complaint and contends that Plaintiff's new allegations, class action claims, and causes of action are without factual or legal merit, but will agree, in the interests of efficiency, to stipulate to Plaintiff's filing of her proposed Second Amended Complaint;

WHEREAS, the Parties agree that, in entering into this stipulation, Defendant does not waive its right to contest Plaintiff's newly-asserted allegations, class action claims, and causes of action, nor does Defendant waive any defense permissible under the law;

THEREFORE, the Parties, by and through their counsel of record, hereby stipulate that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit A.

Respectfully submitted,

Dated: June 5, 2015    GRAHAM**HOLLIS** APC

By:    /s/ Marta Manus
       GRAHAM S.P. HOLLIS
       MARTA MANUS

       Attorneys for Plaintiff
       MELISSA FONG


Dated: June 5, 2015    SEYFARTH SHAW LLP
By:
       /s/ Michael W. Kopp
       CATHERINE M. DACRE
       MICHAEL KOPP

       Attorneys for Defendant
       REGIS CORPORATION

Attorney for Defendant agreed with the contents of this document and authorized the filer to use his electronic signature on June 4, 2015.

---

Joint Stip. To Allow Plaintiff To File A Second Amended Complaint And [Proposed] Order //
Case No.: 13:cv:004497-VC

[~~PROPOSED~~ ORDER]

Having read and considered the forgoing stipulation, the Court hereby orders that Plaintiff may file the Second Amended Complaint provided in the Parties' joint stipulation.

**IT IS SO ORDERED.**

Dated: June 12, 2015

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE VINCE CHHABRIA