GRAHAM**HOLLIS** APC
Marta Manus (SBN 260132)
mmanus@grahamhollis.com
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
3555 Fifth Avenue
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiffs

SEYFARTH SHAW LLP
Michael W. Kopp (206385)
mkopp@seyfarth.com
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Ari Hersher (SBN 260321)
ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: 415.397.2823
Facsimile: 415.397.8549

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG and CHRISTINA L. SALAS, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION , a Minnesota Corporation; REGIS CORP. which will do business in California as MINNESOTA REGIS CORP., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:   13:cv:004497-VC<br><br>**JOINT STIPULATION REGARDING AUGUST 4, 2015 CASE MANAGEMENT CONFERENCE**<br>AND ORDER<br><br>Date:          August 4, 2015<br>Time:          10:00 a.m.<br>Courtroom:  4 – 17th Floor<br>Judge:         Hon. Vince Chhabria |

///

///

JOINT STIPULATION
Case No.: 13:cv:004497-VC

1    Plaintiffs Melissa Fong and Christina L. Salas ("Plaintiffs") and Defendants Regis
2    Corporation and Regis Corp. ("Defendants") (collectively "the parties") hereby submit the
3    following joint stipulation for the Court's consideration

**JOINT STIPULATION**

WHEREAS, upon stipulation of the parties and leave of Court, on June 12, 2015, Plaintiffs filed a Second Amended Complaint to include Christina L. Salas as a named plaintiff and add a claim for Failure to Pay Overtime Wages (Lab. Code§ 510 and IWC Wage Order 2-2001 § 3).

WHREREAS, on July 22, 2015, the parties in this action as well as the parties in the related state court action entitled *Casey Brown, et al. v. Regis Corp, et al.*, Case No. BC508576, pending in the Superior Court for the County of Los Angeles, attended a Further Mandatory Settlement Conference with Magistrate Judge Elizabeth D. Laporte. The parties were able to reach a tentative settlement conditional upon approval by the Board of Directors of Regis Corporation. The settlement resolves both the *Fong, et al. v. Regis Corp.,* et al. and the *Brown, et al. v. Regis Corp, et al.* cases.

WHEREAS, on July 28, 2015, Plaintiffs filed a Notice for Administrative Relief to Vacate the hearing on Plaintiffs' Motion to Intervene in the *Brown, et al. v. Regis Corp, et al*. Defendants and Plaintiff Brown have agreed that they will not object to Plaintiffs re-filing the Motion to Intervene in the future, should the settlement not receive Board approval.

WHEREAS, in light of the parties' tentative settlement, the parties do not believe a case management conference is necessary at this time. Upon approval of the settlement by the Defendants' Board of Directors, the Plaintiffs will notify the Court and request a hearing for Plaintiffs' Motion for Preliminary Approval.  In the event the settlement reached by the parties is not approved by Defendants' Board of Directors, the parties will immediately notify the Court and request that a case management conference be scheduled.

///

///

THEREFORE, the parties hereby request that the Case Management Conference scheduled for August 4, 2015 be vacated.

Respectfully submitted,

Dated: July 28, 2015          GRAHAM**HOLLIS** APC

                              By: /s/ Marta Manus
                              GRAHAM S.P. HOLLIS
                              MARTA MANUS

                              Attorneys for Plaintiffs

Dated: July 28, 2015          SEYFARTH SHAW LLP

                              By: /s/ Catherine M. Dacre
                              MICHAEL W. KOPP
                              CATHERINE M. DACRE
                              ARI HERSHER

                              Attorneys for Defendants

Attorney for Defendant agreed with the contents of this document and authorized the filer to use her electronic signature on July 28, 2015.

The case management conference is rescheduled to September 29, 2015, at 10:00 a.m. A joint case management conference statement is due no later than 7 days prior to the case management conference. If the parties have filed a motion for preliminary approval by the date of the newly-scheduled case management conference, they may seek to vacate the conference.

Date: July 30, 2015

IT IS SO ORDERED

Judge Vince Chhabria

JOINT STIPULATION
Case No.: 13:cv:004497-VC