| | |
|---|---|
| GRAHAM**HOLLIS** APC<br>Marta Manus (SBN 260132)<br>mmanus@grahamhollis.com<br>Graham S.P. Hollis (SBN 120577)<br>ghollis@grahamhollis.com<br>3555 Fifth Avenue<br>San Diego, California  92103<br>Telephone: 619.692.0800<br>Facsimile: 619.692.0822<br><br>Attorneys for Plaintiffs<br><br>SEYFARTH SHAW LLP<br>Catherine M. Dacre (SBN 141988)<br>cdacre@seyfarth.com<br>Ari Hersher (SBN 260321)<br>ahersher@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone:  415.397.2823<br>Facsimile:  415.397.8549<br><br>Attorneys for Defendants | Protection Law Group<br>Amir Nayebdadash<br>amir@protectionlawgroup.com<br>Eric Boyajian<br>eric@protectionlawgroup.com<br>Heather Davis<br>heather@protectionlawgroup.com<br>136 Main Street<br>Suite A<br>El Segundo, California 90245<br>Telephone: 424.290.3095<br>Facsimile: 866.264.7880<br><br>Attorneys for Interested Party Casey Brown |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG and CHRISTINA L.SALAS, individually and on behalf of similarly situated employees and all aggrieved employees of Defendants in the State of California,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REGIS CORPORATION, a Minnesota Corporation; REGIS CORP, which will do business in California as MINNESOTA REGIS CORP, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 13:cv:004497-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND SET HEARING FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Courtroom:  4 – 17th Floor<br>Judge:　　Hon. Vince Chhabria |

　　　Pursuant to Civil Local Rule 7-12, Plaintiffs Melissa Fong and Christina L. Salas ("Plaintiffs"), Defendants Regis Corporation and Regis Corp. ("Defendants"), and interested party Casey Brown ("Interested Party") (collectively referred herein as "the parties") hereby submit the following Stipulation and proposed order for the Court's consideration:

## JOINT STIPULATION

**WHEREAS**, the parties in this case have reached a comprehensive, class-wide settlement that fully resolves the claims Plaintiffs raised in their Second Amended Complaint as well as the claims Interested Party, Casey Brown raised in her Complaint in the related case entitled *Brown, et al. v. Regis Corp., et al.*, Case No. BC552371, pending in the Superior Court, County of Los Angeles, Central Civil West Division.

**WHEREAS**, in light of the Settlement reached during the Further Settlement Conference on July 22, 2015, the Court scheduled a Case Management on September 29, 2015 at 10:00 A.M.

**WHEREAS,** the deadline to file a joint case management conference statement is September 22, 2015.

**WHERAS,** the Stipulating Parties have entered into a legally enforceable Memorandum of Understanding regarding the terms of their settlement agreement and are currently finalizing a long form Stipulated Settlement Agreement.

**WHEREAS,** the Stipulating Parties believe that Plaintiffs will be prepared to file a motion for preliminary approval of class action settlement by October 8, 2015 and as such, respectfully request that the Court vacate the Case Management Conference currently scheduled for September 29, 2015.

**WHEREAS,** the Stipulating Parties respectfully request the Court set a hearing for Plaintiff's Motion for Preliminary Approval of Class Action Settlement on November 12, 2015 at 10:00 A.M.

**THEREFORE,** the parties, by and through their counsel of record, request through this stipulation that the Court enter an order vacating the Case Management Conference on September 29, and set a hearing for Plaintiff's Motion for Preliminary Approval on, or after, November 12, 2015.

Respectfully Submitted,

Dated: August 27, 2015                            GRAHAM**HOLLIS** APC

By: */s/ Marta Manus*
GRAHAM S.P. HOLLIS
Email: ghollis@grahamhollis.com
MARTA MANUS

Attorneys for Plaintiffs

Dated: August 27, 2015         SEYFARTH SHAW LLP

                        By:  */s/ Catherine M. Dacre*
                             CATHERINE M. DACRE
                             Email: cdacre@seyfarth.com

                             Attorneys for Defendants

Dated: August 27, 2015         PROTECTION LAW GROUP

                        By:  */s/ Heather Davis*
                             HEATHER DAVIS
                             Email: heather@protectionlawgroup.com
                             AMIR NAYEBDADASH
                             ERIC BOYAJIAN

                             Attorneys for Interested Party

Attorneys for Defendant and Interested Party Casey Brown agreed with the contents of this document and authorized the filer to use their electronic signature on August 27, 2015.

**IT IS SO ORDERED THAT THE STIPULATION IS APPROVED.**

The Court hereby vacates the Case Management Conference scheduled for September 29, 2015, and sets a hearing for Plaintiff's Motion for Preliminary Approval on November 12, 2015 at 10: 00 a.m.

Dated: August 31, 2015

                             Hon. Vince Chhabria