UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FONG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>REGIS CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-04497-VC<br><br>**JUDGMENT** |

　　　　On April 22, 2016, this Court entered an Order Granting Final Approval of the Class Action Settlement, Award of Attorney's Fees, Costs, Class Representative Service Awards and PAGA Payment.  Pursuant to that Order, the Court enters Judgment as follows:

1. Except as otherwise specific herein, for purposes of this Order, the Court adopts and incorporates by reference all defined terms as set forth in the Settlement Agreement and hereby enters Judgment approving the terms of the Settlement.  This document shall constitute a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.  The claims of the Settlement Class Members other than (1) Kristina Kysone; (2) Sandra A. Suarez; (3) Kayla Diaz; (4) Cynthia Ann Price (Cynthia Ann Lan) are hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own costs, except as set forth herein.  Without affecting the finality of the Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over the action and the Parties for purposes of supervising the implementation, enforcement, construction, administration and effectuation of the Settlement Agreement.

2. All Settlement Class Members other than (1) Kristina Kysone; (2) Sandra A. Suarez; (3) Kayla Diaz; and (4) Cynthia Ann Price (Cynthia Ann Lan) who exercised their right to

exclude themselves from the settlement in a timely manner, and shall be conclusively deemed to have released all Released Claims, as more specifically provided in the Settlement Agreement;

3. The Court permanently bars and enjoins the Plaintiffs and the Settlement Class Members, other than (1) Kristina Kysone; (2) Sandra A. Suarez; (3) Kayla Diaz; and (4) Cynthia Ann Price (Cynthia Ann Lan) either directly or indirectly, from the institution, maintenance, prosecution, or enforcement of any of the Released Claims against the Released Parties, as defined in the Settlement Agreement;

4. Defendants are required to pay the Total Settlement Sum of five million, seven hundred and fifty thousand dollars ($5,750,000). This amount is the full amount under this Settlement Agreement;

5. The Settlement Fund shall be dispersed in accordance with the Settlement Agreement as detailed in the Order Granting Preliminary Approval of Class Action Settlement as follows:

    a. Attorney's fees in the amount of $934,375.00 to GrahamHollis, APC, and $503,125.00 to The Protection Law Group, LLP, for a total amount of $1,437,500.00 in attorneys' fees, which is twenty-five percent of the Total Settlement Sum. The Court will entertain a supplemental motion for attorneys' fees from Melissa Fong.

    b. Litigation costs and expenses in the amount of $60,000.00 to Class Counsel (with $40,934.74 to be awarded to GrahamHollis, APC and $19,065.26 to The Protection Law Group, LLP) to be paid from the Total Settlement Sum pursuant to the terms of the Settlement Agreement;

    c. Service awards to each of the three named Plaintiffs, as an enhancement for their services as Class Representatives in the amount of $7,500 for Melissa Fong, $5,000 for Casey Brown, and $2,500 for Christina L. Salas, for the initiation of this action, work performed, and the risks undertaken, as set forth in the moving

papers;

d. Payment of $20,000 to the California Labor and Workforce Development Agency, of which $15,000 will be paid to the LWDA in settlement of claims under the Private Attorneys General Act, Labor Code § 2698, *et seq.*; the remaining $5,000 shall be distributed to the Participating Settlement Class Members as part of the Net Settlement Fund; and

e. Payment of $50,000 to CPT Group Settlement Administration for its services in carrying out the settlement administration pursuant to the Settlement Agreement and this Court's order granting Preliminary Approval of Class Action Settlement on December 29, 2015.

**IT IS SO ORDERED.**

Dated: April 27, 2016

---

VINCE CHHABRIA
United States District Judge